# NO. 12-24-00274-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EX PARTE:* | § | *APPEAL FROM THE 2ND* |
| *JARRELL DWAYNE FULLER,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLANT* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Jarrell Dwayne Fuller, filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered November 27, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 27, 2024**

**NO. 12-24-00274-CR**

**EX PARTE: JARRELL DWAYNE FULLER**

Appeal from the 2nd District Court
of Cherokee County, Texas (Tr.Ct.No. 22419)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*